IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: REMICADE ANTITRUST LITIGATION | : : : : : : | CIVIL ACTION<br><br><br><br>NO.   2:17-cv-04326-JCJ |

### ORDER

AND NOW, this _____ Day of _____, ____, it is hereby

ORDERED that the application of _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____  GRANTED.

_____  DENIED.

_____
                                                                                                              J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:17-cv-04326

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Dennis Stewart**, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number **12730**, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| California | 12/1/81 | 99152 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| S.D.Cal. | 12/2/81 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for **Local 205 IBT Employers Group Welfare Fund**

(Applicant's Signature)

**12/18/17**
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Hulett Harper Stewart
550 West C Street, Suite 1500
San Diego, CA 92101

Sworn and subscribed before me this
**18th** Day of **December**, 2̶0̶0̶ **2017**

Debra D. Ruiz
Notary Public

DEBRA D. RUIZ
Notary Public - California
San Diego County
Commission # 2148630
My Comm. Expires Apr 9, 2020

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Dennis Stewart____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Jayne A. Goldstein | /s/Jayne A. Goldstein | 12/15/1986 | 48048 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Jayne A. Goldstein
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 E. State Street, Media, PA 19063

Phone No: 610-891-9880

Sworn and subscribed before me this
2nd Day of January, 2018
____Christine M. Mon____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE M MON
Notary Public
MEDIA BORO, DELAWARE COUNTY
My Commission Expires Apr 11, 2018

**CERTIFICATE OF SERVICE**

      I declare under penalty of perjury that a copy of the application of Dennis Stewart, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was filed using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

Dated:  January 2, 2018                                          */s/Jayne A. Goldstein*