UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re REMICADE ANTITRUST LITIGATION )<br>  ) <br> This Document Relates To:   )<br>  )<br> Indirect Purchaser Actions.   )<br>  ) | Civ. Action No. 2:17-cv-04326-JCJ (consolidated)<br><br>CLASS ACTION<br><br>The Honorable J. Curtis Joyner<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

1375831_1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Twin Cities Pipe Trades Welfare Fund hereby gives notice that its claims in the above-captioned action are voluntarily dismissed, with the parties to bear their own costs and expenses.  This notice of voluntary dismissal is made without prejudice to Plaintiff's rights as an absent class member.

Dated: April 16, 2018

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
DAVID W. MITCHELL
BRIAN O. O'MARA
ALEXANDRA S. BERNAY
CARMEN A. MEDICI


            s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
davidm@rgrdlaw.com
bomara@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDI D. BANDMAN
30 Vesey Street, Suite 200
New York, NY  10007
Telephone:  212/693-1058
212/693-7423 (fax)
randib@rgrdlaw.com

Plaintiffs' Interim Class Counsel

- 1 -

- 2 -

        SHEPHERD, FINKELMAN, MILLER
          & SHAH, LLP
JAYNE A. GOLDSTEIN (#48048)
NATALIE FINKELMAN BENNETT (#57197)
JAMES C. SHAH (#80337)
35 East State Street
Media, PA 19063
Telephone: 610/891-9880
866-300-7367 (fax)
jgoldstein@sfmslaw.com
nfinkelman@sfmslaw.com
jshah@sfmslaw.com

Interim Liaison Counsel

Dated: April 16, 2018

NASTLAW LLC

        s/ Dianne M. Nast
          DIANNE M. NAST

Dianne M. Nast
1101 Market Street, Suite 2801
Philadelphia, Penn. 19107
Tel: (215) 923-9300
dnast@nastlaw.com

Karen H. Riebel
Heidi M. Silton
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minn. 55401
Tel: (612) 339-6900
khriebel@locklaw.com
hmsilton@locklaw.com

1375831_1

- 3 -

Robert N. Kaplan
Joel B. Strauss
Matthew P. McCahill
Aaron L. Schwartz
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Tel: (212) 687-1980
rkaplan@kaplanfox.com
jstrauss@kaplanfox.com
mmccahill@kaplanfox.com
aschwartz@kaplanfox.com

Counsel for *Plaintiff Twin Cities Pipe Trades Welfare Fund*

In accordance with Local Rule 5.1.2.9.(c) , all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 16, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 16, 2018.

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  xanb@rgrdlaw.com

# Mailing Information for a Case 2:17-cv-04326-JCJ NATIONAL EMPLOYEES HEALTH PLAN v. JOHNSON & JOHNSON et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **SARA A. ARROW**
  sarrow@pbwt.com,mcolitigation@pbwt.com

- **GREGORY S. ASCIOLLA**
  gasciolla@labaton.com,8428016420@filings.docketbird.com,kgutierrez@labaton.com,electroniccasefiling@labaton.com

- **RANDI D. BANDMAN**
  randib@rgrdlaw.com,susanm@rgrdlaw.com

- **NATALIE FINKELMAN BENNETT**
  NFINKELMAN@sfmslaw.com,pleadings@sfmslaw.com,smoss@sfmslaw.com

- **ALEXANDRA S. BERNAY**
  xanb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **WILLIAM F. CAVANAUGH , JR**
  wfcavanaugh@pbwt.com,mcolitigation@pbwt.com

- **AUSTIN BLAIR COHEN**
  acohen@lfsblaw.com

- **PATRICK J. COUGHLIN**
  patc@rgrdlaw.com,susanm@rgrdlaw.com

- **JAMISON DAVIES**
  jmdavies@pbwt.com,mcolitigation@pbwt.com

- **FRANK T. DAVIS , JR**
  ftd@fbdlaw.com

- **JEREMY D. FARRIS**
  jdf@fbdlaw.com

- **JOSEPH GOLDBERG**
  jg@fbdlaw.com,ftd@fbdlaw.com,sdr@fbdlaw.com,drt@fbdlaw.com,acs@fbdlaw.com,vjw@fbdlaw.com

- **JAYNE A. GOLDSTEIN**
  jgoldstein@sfmslaw.com,pleadings@sfmslaw.com

- **DEBORAH R. GROSS**
  dgross@kcr-law.com,JHannigan@kcr-law.com

- **NICHOLAS T. HART**
  nickh@fbdlaw.com

- **JONATHAN H. HATCH**
  jhatch@pbwt.com

- **LESLIE E. JOHN**
  john@ballardspahr.com

- **ADEEL A. MANGI**
  aamangi@pbwt.com,mcolitigation@pbwt.com

- **CARMEN A. MEDICI**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **DAVID W. MITCHELL**
  DavidM@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **BRIAN O. O'MARA**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **CHARLES R. PEIFER**
  cpeifer@peiferlaw.com,ndemolli@peiferlaw.com,wboyd@peiferlaw.com,charrison@peiferlaw.com

- **WHITNEY E. STREET**
  whitney@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com,jeff@blockesq.com

- **MATTHEW VAHEY**
  vaheym@ballardspahr.com,albaughc@ballardspahr.com

- **VINCENT J. WARD**
  vjw@fbdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
LOCAL 295 IBT EMPLOYER GROUP WELFARE FUND
,

DENNIS               STEWART
MILBERG, WEISS, BERSHAD, HYNES & LERACH
600 WEST BROADWAY
1800 ONE AMERICA PLAZA
SAN DIEGO, CA 92101-3356
```