UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re REMICADE ANTITRUST LITIGATION | Civil Action |
| This document relates to: | |
| Indirect Purchaser Actions | No. 17-cv-04326 |
| Direct Purchaser Actions | No. 18-cv-00303 |

**DEFENDANTS' MOTION TO WITHDRAW THE APPEARANCE OF JAMISON DAVIES AS COUNSEL**

Defendants, Johnson & Johnson and Janssen Biotech, Inc., move to withdraw the appearance of Jamison Davies. *See* E.D. Pa. R. Civ. P. 5.1(c). Mr. Davies's application to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2 was granted in the Indirect Purchasers Action on November 29, 2017, 17-cv-04326, Dkt. 28, and on March 22, 2018 in the Direct Purchasers Action, 18-cv-00303, Dkt. 26. Mr. Davies has accepted another position and will no longer be associated with Patterson Belknap Webb & Tyler LLP. Defendants will continue to be represented in this matter by their remaining counsel.

For the foregoing reasons, the Motion should be granted.

Dated: July 11, 2018

10498671

        Respectfully submitted,

        <u>/s/ Jamison Davies</u>
        Jamison Davies (pro hac vice)
        Patterson Belknap Webb & Tyler LLP
        1133 Avenue of the Americas
        New York, New York 10036
        (212) 336-2000
        jmdavies@pbwt.com