**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: REMICADE ANTITRUST | : | CIVIL ACTION |
| LITIGATION | : | NO. 17-CV-4180 |
| | : | NO. 18-CV-303 |
| | : | NO. 17-CV-4326 |
| | : | NO. 18-CV-2357 |

## ORDER

AND NOW, this     25th     day of October, 2018, upon consideration of the Motion of Leslie E. John, Esquire for the Admission *Pro Hac Vice* of Benjamin F. Jackson, Esquire (Doc. No. 83), and it appearing to the Court that the foregoing attorney is a member in good standing of the New York Bar, and has been admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, it is hereby ORDERED that the Motion is GRANTED and Benjamin F. Jackson, Esquire is admitted to practice *Pro Hac Vice* before this Court as co-counsel with Leslie E. John, Esquire on behalf of Defendants Johnson & Johnson and Janssen Biotech, Inc. for purposes of this action only in accordance with Local Rule of Civil Procedure 83.5.2.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,    J.