IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE REMICADE ANTITRUST LITIGATION | : | CIVIL ACTION |
| | : | |
| This document relates to: | : | |
| | : | |
| Indirect Purchaser Actions (consolidated) | : | No. 17-cv-04326 |
| | : | |
| Direct Purchaser Actions | : | No. 18-cv-00303 |

FILED
DEC 07 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 4th day of December, 2018, upon consideration of Defendants' Motion to Dismiss (Doc. No. 67-1), Indirect and Direct Purchaser Plaintiffs' Joint Opposition thereto (Doc. No. 73), and Defendants' Reply in Support thereof (Doc. No. 75), it is hereby ORDERED that Indirect Purchaser Plaintiffs' sham litigation and <u>Walker Process</u> claims (Count VI, Doc. No. 53), and their claims under the consumer protection statutes of Rhode Island and New York (Count VII, Doc. No. 53) are DISMISSED. For all other claims, J&J's Motion to Dismiss is DENIED.

BY THE COURT:

/s/ J. Curtis Joyner
J. CURTIS JOYNER, J.