APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re Remicade Antitrust Litigation | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO.  2:17-cv-04326 |

ORDER

AND NOW, this            Day of                     , 20     , it is hereby

ORDERED that the application of <u>Nolan C. Knight</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:17-cv-04326

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Nolan C. Knight__, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| Texas | 11/01/2000 | 24027125 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| N/A | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| N/A | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| See Attached Ex. A | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Defendants

(Applicant's Signature)

11/26/2019
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Munsch Hardt Kopf & Harr, P.C.

500 N. Akard St., Ste 3800, Dallas Texas 75201

(214) 855-7516

Sworn and subscribed before me this
26 Day of Nov, 2019

Notary Public

KIRSTEN LOGAN GEORGE
Notary ID #131903458
My Commission Expires
February 22, 2023

10/04

# EXHIBIT A
(Federal Courts to which Nolan Knight is Admitted)

| Court | Year Admitted |
|---|---|
| U.S. District Court for the Northern District of Texas | 2002 |
| U.S. District Court for the Western District of Michigan | 2002 |
| U.S. District Court for the Eastern District of Texas | 2003 |
| U.S. Court of Appeals for the 5th Circuit | 2003 |
| U.S. District Court for the Southern District of Texas | 2008 |
| U.S. Court of Appeals for the 8th Circuit | 2008 |
| U.S. Supreme Court | 2008 |
| U.S. Court of Appeals for the 3rd Circuit | 2012 |
| U.S. Court of Appeals for the 6th Circuit | 2012 |
| U.S. Court of Appeals for the 10th Circuit | 2018 |

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Nolan C. Knight__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Leslie E. John | *[signature]* | 11/25/1991 | 62290 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ballard Spahr LLP

1735 Market Street. 51st Floor, Philadelphia, PA 19103

215-864-8212

Sworn and subscribed before me this

9th Day of December, 2019

*[signature]* Susan D. Morris
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Susan D Morris, Notary Public
Philadelphia County
My Commission Expires April 4, 2023
Commission Number 1115933

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re Remicade Antitrust Litigation | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO.   2:17-cv-04326 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Nolan C. Knight__

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

by the Court's electronic filing system

_____
Signature of Attorney
Leslie E. John
Name of Attorney
Johnson & Johnson, and Jannsen Biotech, Inc.
Name of Moving Party
12/9/19
Date