## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PFIZER INC., | : | CIVIL ACTION |
|     Plaintiff, | : | |
| v. | : | No. 17-cv-04180 |
| JOHNSON & JOHNSON and JANSSEN BIOTECH, INC., | : | |
| | : | |
|     Defendants. | : | |

| | | |
|---|---|---|
| IN RE REMICADE ANTITRUST LITIGATION | : | CIVIL ACTION |
| | : | |
| This document relates to: | : | No. 17-cv-04326 (consolidated) |
| Indirect Purchaser Actions | : | |
| | : | |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND ALL DEADLINES IN THE PRETRIAL SCHEDULE BY FIFTY-FIVE DAYS

In light of the continuing and escalating public health crisis relating to the coronavirus (COVID-19) pandemic, the parties in the above-captioned matters stipulate and agree as follows:

WHEREAS on March 12, 2020, the Parties requested a four-week extension of all deadlines in the above-captioned matter, which the Court entered on March 16, 2020, thereby extending all deadlines set by this Court's Stipulated Order Setting Pretrial Schedule Pursuant to the Order Granting Plaintiffs' Motion to Amend the Pretrial Schedule to Extend the Deadlines by Four Months, dated October 2, 2019 (Case No. 17-cv-04180, Doc No. 102) by four weeks;

WHEREAS the purpose of the Parties' March 12 request was to enable the Parties to stay depositions until April 10, 2020 in light of governmental admonitions against travel, the Centers for Disease Control and Prevention (CDC) recommendations against group meetings, and witnesses' anxiety and discomfort with travel and in-person meetings;

WHEREAS since that time, a number of state and local governments, including the states of New York, California, Massachusetts, Connecticut, Delaware, Illinois, Michigan, New Jersey, and Ohio, and the cities of Philadelphia and Kansas City—locales where many attorneys and witnesses live and/or work—have ordered all persons to remain home and/or closed all non-essential businesses;[1]

WHEREAS as agreed in the March 16 Stipulation and Order, the Parties met and conferred regarding their ability to restart depositions on April 10, 2020, and agreed that in light of the increased disruptions caused by the coronavirus outbreak, a further hold of depositions and commensurate extension of all case deadlines is appropriate;

The parties have therefore agreed:

(1) A fifty-five day stay (until June 4, 2020) on all depositions (party and third party) in this matter is appropriate;

(2) By April 25, 2020, the Parties will re-evaluate the feasibility of restarting depositions on June 4, 2020 and confer at that time in good faith as to whether any additional adjustments are needed, and if no agreement can be reached, the parties agree to consult the Court on an expedited basis;

---

[1] As of March 23, stay at home orders have been issued in Connecticut, Delaware, Illinois, Louisiana, Michigan, New Jersey, Ohio, among others. CNN, *These States Have Implemented Stay-at-Home Orders. Here's What that Means for You* (Mar. 23, 2020), https://www.cnn.com/2020/03/23/us/coronavirus-which-states-stay-at-home-order-trnd/index.html. Orders have also been put in place in various cities to direct that individuals stay at home and/or close non-essential businesses. *See, e.g.*, Philadelphia, PA, Order No. 2, *Emergency Order Temporarily Prohibiting Operation of Non-Essential Businesses and Congregation of Persons to Prevent the Spread of 2019 Novel Coronavirus (COVID-19)* (Mar. 22, 2020), https://www.phila.gov/media/20200322130746/Order-2-Business-And-Congregation-Prohibition-Stay-At-Home.pdf; Kansas City, MO, Second Amended Order 20-01 (effective Mar. 24, 2020), https://www.kcmo.gov/home/showdocument?id=4065.

(3)     If the parties agree that no additional adjustments beyond June 4 are needed, the parties will work to reschedule all depositions (party and third party) currently set to take place on a date prior to June 4, for a new date after June 4, 2020;

(4)     The deposition stay proposed herein will have no impact on document or other discovery, which should not be delayed;

(5)     The parties reserve all rights to address any issues concerning the pretrial schedule that may be raised by Retailer Plaintiffs in the coordinated action *Walgreen Co. and The Kroger Co. v Johnson & Johnson and Janssen Biotech, Inc.* (18-cv-02357).

In consideration of the above, it is ORDERED that this Court's Order To Extend All Deadlines In The Pretrial Schedule By Four Weeks, dated March 16, 2020 (Case No. 17-cv-04180, Doc No. 145), is AMENDED so that all deadlines are further extended by fifty-five days, as set forth in Exhibit A appended hereto.

Dated:  March 24, 2020                                         Respectfully submitted,

/s *William F. Cavanaugh*                                       /s *Robert A. Milne*
William F. Cavanaugh (*pro hac vice*)                 Robert A. Milne (*Pro Hac Vice*)
Adeel A. Mangi (*pro hac vice*)                           Michael J. Gallagher (*Pro Hac Vice*)
Jonathan H. Hatch (*pro hac vice*)                      Bryan D. Gant (*Pro Hac Vice*)
George LoBiondo (*pro hac vice*)                       Ross E. Elfand (*Pro Hac Vice*)
PATTERSON BELKNAP WEBB & TYLER     David H. Suggs (*Pro Hac Vice*)
LLP                                                                          White & Case LLP
1133 Avenue of the Americas                             1221 Avenue of the Americas
New York, NY 10036-6710                                  New York, NY 10025-1095
Tel: (212) 336-2000                                              Tel: (212) 819-8200
wfcavanaugh@pbwt.com                                    Fax: (212) 354-8113
aamangi@pbwt.com                                          rmilne@whitecase.com
jhatch@pbwt.com                                               mgallagher@whitecase.com
globiondo@pbwt.com                                         bgant@whitecase.com
                                                                             relfand@whitecase.com
Leslie E. John (PA Id. No. 62290)                      dsuggs@whitecase.com
Matthew I. Vahey (PA Id. No. 315920)

<div style="display: flex;">
<div>

BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
john@ballardspahr.com
vaheym@ballardspahr.com

Thomas O. Barnett (*pro hac vice*)
Ashley E. Bass (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000
tbarnett@cov.com
abass@cov.com

*Counsel for Johnson & Johnson and Janssen Biotech, Inc.*

</div>
<div>

H. Robert Fiebach (PA 02812)
Peter M. Ryan (PA 81816)
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel:  (215) 665-4166
Fax: (215) 665-2013
rfiebach@cozen.com
pryan@cozen.com

Elliott E. Dionisio (*Pro Hac Vice*)
White & Case LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Tel: (213) 620-7700
Fax: (213) 452-2329
elliott.dionisio@whitecase.com

Trisha M. Grant (*Pro Hac Vice*)
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005-3807
Tel:  +1 202 625 3600
Fax:  + 1 202 639 9355
trisha.grant@whitecase.com

*Counsel for Pfizer Inc.*


/s Alexandra S. Bernay
Patrick J. Coughlin
David W. Mitchell
Brian O'Mara
Alexandra S. Bernay
Carmen A. Medici
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423
patc@rgrdlaw.com
davidm@rgrdlaw.com
bomara@rgrdlaw.com

</div>
</div>

xanb@rgrdlaw.com
cmedici@rgrdlaw.com

Randi D. Bandman
ROBBINS GELLER RUDMAN
& DOWD LLP
30 Vesey Street, Suite 200
New York, NY  10007
Tel: (212) 693-1058
randib@rgrdlaw.com

*Interim Lead Counsel for the Proposed Indirect Purchaser Class*

Jayne A. Goldstein (#48048)
Natalie Finkelman Bennett (#57197)
James C. Shah (#80337)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 East State Street
Media, PA 19063
Tel: (610) 891-9880
Fax: (866) 300-7367
jgoldstein@sfmslaw.com
nfinkelman@sfmslaw.com
jshah@sfmslaw.com

*Interim Liaison Counsel for the Proposed Indirect Purchaser Class*

SO ORDERED BY THE COURT:

s/ J. Curtis Joyner

J. Curtis Joyner, J.

03/24/2020

Date

## EXHIBIT A – REVISED PRETRIAL DEADLINES

| Event | Deadline Established by March 16, 2020 Order[2] | Revised Deadline |
|---|---|---|
| Close of fact discovery | June 26, 2020 | August 20, 2020 |
| Plaintiffs shall identify and submit Curriculum Vitae for all expert witnesses on or before | June 26, 2020 | August 20, 2020 |
| Plaintiffs' Expert Reports (class and merits) | July 30, 2020 | September 23, 2020 |
| DPP and IPP Class Certification Motions | July 30, 2020 | September 23, 2020 |
| Defendants shall identify and submit Curriculum Vitae for all expert witnesses on or before | August 6, 2020 | September 30, 2020 |
| Defendants' Expert Reports (class and merits) | October 2, 2020 | November 30, 2020 |
| Defendants' Opposition to Motions for Class Certification including any motions challenging Plaintiffs' Expert(s) re class | October 2, 2020 | November 30, 2020 |
| Plaintiffs' Rebuttal Expert Reports (class and merits) | October 29, 2020 | December 23, 2020 |
| DPP and IPP Replies in Support of Class Certification, including oppositions to any motions challenging Plaintiffs' Expert(s) re class | October 29, 2020 | December 23, 2020 |
| Defendants' reply on any motion challenging Plaintiffs' Expert(s) re class | November 19, 2020 | January 13, 2021 |

---

[2] Order to Extend all Deadlines in the Pretrial Schedule by Four Weeks, dated March 16, 2020 (Doc 145).

| **Event** | **Deadline Established by March 16, 2020 Order**[2] | **Revised Deadline** |
|---|---|---|
| Close of Expert Discovery (all expert depositions to be completed) | November 19, 2020 | January 13, 2021 |
| Defendants' sur-reply on class certification (if sought and permitted) | November 27, 2020 | January 21, 2021 |
| Motions for summary judgment and *Daubert* motions | December 17, 2020 | February 10, 2021 |
| Responses to motions for summary judgment and *Daubert* motions | February 18, 2021 | April 14, 2021 |
| Replies in support of motions for summary judgment and *Daubert* motions | March 24, 2021 | May 18, 2021 |
| Pretrial conference regarding scheduling | At the earliest opportunity the Court has to meet with the parties after ruling on motions for summary judgment | At the earliest opportunity the Court has to meet with the parties after ruling on motions for summary judgment |
| Exchange of marked trial exhibits and court conference regarding trial and trial submissions | 1 month after ruling on motions for summary judgment | 1 month after ruling on motions for summary judgment |
| Joint Pretrial Memoranda in accordance with Local Rule Civil Procedure 16.1(c) | 2 weeks after the above date | 2 weeks after the above date |
| Plaintiffs' and Defendants' Pretrial Memoranda | 1 week after above date | 1 week after above date |
| Cases placed on Court's trial pool | 2 weeks after above date | 2 weeks after above date |