IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re REMICADE ANTITRUST LITIGATION | No. 17-cv-4326 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Michael P. Ols as one of the counsel of record for Plaintiff, National Employees Health Plan. Miller Shah LLP will continue to represent National Employees Health Plan in this proceeding.

Dated: October 6, 2021

Respectfully submitted,

MILLER SHAH, LLP

*/s/ Natalie Finkelman Bennett*
Natalie Finkelman Bennett (admitted *pro hac vice*)
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: nfinkelman@millershah.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 6, 2021, I caused a copy of the foregoing document to be served on all parties of record by filing it via the Court's CM/ECF system.

                                                  */s/ Natalie Finkelman Bennett*
                                                  Natalie Finkelman Bennett