UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re REMICADE ANTITRUST LITIGATION ) <br> ) <br> ) <br> This Document Relates To: ) <br> ) <br> INDIRECT PURCHASER ACTIONS. ) <br> ) | Civil Action No. 2:17-cv-04326-KSM <br> **(Consolidated)** <br><br> CLASS ACTION <br><br> The Honorable Karen S. Marston <br><br> PLAINTIFFS' UNCONTESTED MOTION FOR AN ORDER: (1) CERTIFYING A SETTLEMENT CLASS; (2) GRANTING PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT; <br> (3) APPOINTING CLASS COUNSEL; <br> (4) APPOINTING A SETTLEMENT ADMINISTRATOR AND ESCROW AGENT; (5) APPROVING THE FORM AND MANNER OF NOTICE TO THE SETTLEMENT CLASS; <br> (6) PRELIMINARILY APPROVING THE PLAN OF ALLOCATION AND DISTRIBUTION; AND (7) SCHEDULING A FAIRNESS HEARING |

- 1 -

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Plaintiffs Local 295 IBT Employer Group Welfare Fund and National Employees Health Plan ("Plaintiffs") hereby move this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of the proposed Class Settlement Preliminary Approval Order submitted herewith as Exhibit B to the Stipulation of Class Action Settlement ("Settlement Agreement") which provides for:

1.  Certification of the Settlement Class;

2.  Preliminary approval by the Court of the proposed Settlement Agreement between Plaintiffs and Defendants Johnson & Johnson and Janssen Biotech, Inc. ("Defendants");

3.  Appointment of Class Counsel for the Settlement Class;

4.  Appointment of Gilardi & Co., LLC as the Settlement Administrator and Huntington Bank as the Escrow Agent;

5.  Approval of the proposed form and manner of Notice to the Settlement Class;

6.  Preliminary approval of the Plan of Allocation and Distribution; and

7.  The establishment of a proposed schedule leading up to and including the Fairness Hearing.

This motion is supported by the memorandum of law, the Declarations of Alexandra S. Bernay and Carla A. Peak, the exhibits to those documents and such other evidence and argument as the Court may consider.

Dated:  April 15, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
   & DOWD LLP
PATRICK J. COUGHLIN (*pro hac vice*)
DAVID W. MITCHELL(*pro hac vice*)
BRIAN O. O'MARA (*pro hac vice*)
ALEXANDRA S. BERNAY (*pro hac vice*)
CARMEN A. MEDICI (*pro hac vice*)
ARTHUR L. SHINGLER III (*pro hac vice*)

           s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
davidm@rgrdlaw.com
bomara@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
RANDI D. BANDMAN (*pro hac vice*)
420 Lexington Avenue
New York, NY  10170
Telephone:  212/693-1058
randib@rgrdlaw.com

Plaintiffs' Interim Class Counsel

- 3 -

MILLER SHAH LLP
JAMES C. SHAH (#80337)
JAYNE A. GOLDSTEIN (#48048)
NATALIE FINKELMAN BENNETT (#57197)
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: 610/891-9880
866-300-7367 (fax)
jcshah@millershah.com
jagoldstein@millershah.com
nfinkelman@millershah.com

Interim Liaison Counsel

## CERTIFICATE OF UNCONTESTED MOTION

Pursuant to Eastern District of Pennsylvania Local Rule 7.1(g), I hereby certify that the foregoing Uncontested Motion for an Order:  (1) Certifying a Settlement Class; (2) Granting Preliminary Approval of the Settlement Agreement; (3) Appointing Class Counsel; (4) Appointing a Settlement Administrator and Escrow Agent; (5) Approving the Form and Manner of Notice to the Settlement Class; (6) Preliminarily Approving the Plan of Allocation and Distribution; and (7) Scheduling a Fairness Hearing is unopposed by Defendants Johnson & Johnson and Janssen, Biotech, Inc.

                                                       s/ Alexandra S. Bernay
                                              ALEXANDRA S. BERNAY

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 15, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  xanb@rgrdlaw.com

# Mailing Information for a Case 2:17-cv-04326-KSM NATIONAL EMPLOYEES HEALTH PLAN v. JOHNSON & JOHNSON et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **SARA A. ARROW**
  sarrow@pbwt.com,mcolitigation@pbwt.com

- **GREGORY S. ASCIOLLA**
  gasciolla@dicellolevitt.com,8428016420@filings.docketbird.com,8567571420@filings.docketbird.com,asaldana@dicellolevitt.com

- **RANDI D. BANDMAN**
  randib@rgrdlaw.com,susanm@rgrdlaw.com

- **THOMAS O. BARNETT**
  tbarnett@cov.com

- **ASHLEY E. BASS**
  abass@cov.com

- **NATALIE FINKELMAN BENNETT**
  nfinkelman@millershah.com,smoss@millershah.com,pleadings@millershah.com

- **ALEXANDRA S. BERNAY**
  xanb@rgrdlaw.com,e_file_sd@rgrdlaw.com,dwatts@rgrdlaw.com

- **JEFFREY CAO**
  jcao@cov.com

- **WILLIAM F. CAVANAUGH , JR**
  wfcavanaugh@pbwt.com,mcolitigation@pbwt.com

- **AUSTIN BLAIR COHEN**
  acohen@lfsblaw.com

- **PATRICK J. COUGHLIN**
  patc@rgrdlaw.com,susanm@rgrdlaw.com

- **FRANK T. DAVIS , JR**
  ftd@fbdlaw.com

- **ROSS E. ELFAND**
  relfand@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com,ogierke@whitecase.com

- **EMMA ELLMAN-GOLAN**
  eellmangolan@pbwt.com

- **JOSEPH GOLDBERG**
  jg@fbdlaw.com,ftd@fbdlaw.com,sdr@fbdlaw.com,drt@fbdlaw.com,acs@fbdlaw.com,vjw@fbdlaw.com

- **JAYNE A. GOLDSTEIN**
  jagoldstein@millershah.com,pleadings@millershah.com

- **NICHOLAS T. HART**
  nick@harrisonhartlaw.com,carter@harrisonhartlaw.com

- **JONATHAN H. HATCH**
  jhatch@pbwt.com

- **LESLIE E. JOHN**
  john@ballardspahr.com,LitDocket_East@ballardspahr.com,omalleyLB@ballardspahr.com

- **JEFFREY F. KINKLE**
  jkinkle@pbwt.com

- **NOLAN C. KNIGHT**
  nknight@munsch.com,aberry@munsch.com

- **GEORGE A. LOBIONDO**
  globiondo@pbwt.com

- **ADEEL A. MANGI**
  aamangi@pbwt.com,mcolitigation@pbwt.com

- **ABIGAIL E. MARION**
  amarion@pbwt.com,mcolitigation@pbwt.com

- **CARMEN A. MEDICI**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **DAVID W. MITCHELL**
  DavidM@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **BRIAN O'MARA**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **CHARLES R. PEIFER**
  cpeifer@peiferlaw.com,mjackson@peiferlaw.com,wboyd@peiferlaw.com,mlaforgelara@peiferlaw.com,igarcia@peiferlaw.com,charrison@peiferlaw.com

- **SCOTT E. PERWIN**
  sperwin@knpa.com,aneill@knpa.com,dwilliams@knpa.com,mmitchell@knpa.com

- **ARTHUR L. SHINGLER , III**
  ashingler@rgrdlaw.com

- **DENNIS STEWART**
  dstewart@gustafsongluek.com,DJakubauskiene@gustafsongluek.com

- **WHITNEY E. STREET**
  WhitneySt@hbsslaw.com,whitney-street-0082@ecf.pacerpro.com,jeff@blockesq.com

- **STEPHANIE TEPLIN**
  steplin@pbwt.com,mcolitigation@pbwt.com

- **VINCENT J. WARD**
  vjw@fbdlaw.com

- **CAROL WEILAND**
  cweiland@cov.com

- **ELIZABETH WINGFIELD**
  wingfielde@ballardspahr.com,elizabeth.victoria.wingfield@gmail.com

- **DANHUI XU**
  dxu@pbwt.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
JONAH             M. KNOBLER
PATTERSON BELKNAP WEBB & TYLER LLP
1133 AVENUE OF AMERICAS
NEW YORK, NY 10036
```