# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**If You Purchased or Paid for REMICADE, A Class Action Settlement Could Affect You**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

## INFORMATION REGARDING CLASS ACTION SETTLEMENT

A proposed $25,000,000 Settlement has been reached in a class action lawsuit on behalf of consumers and health insurers regarding the prescription drug Remicade. The class action lawsuit (*In re Remicade Antitrust Litigation*, No. 2:17-cv-04326-KSM) claims that Defendants Johnson & Johnson and Janssen Biotech, Inc. violated federal and state antitrust and consumer-protection laws by taking action to block competition by new entrants in the infliximab market. Defendants deny any wrongdoing. The Court has not decided who is right.

The Court has preliminarily approved the proposed Settlement described in this Notice. To resolve the claims, the proposed Settlement will provide for $25,000,000 to be paid by Defendants. As discussed below, Attorneys' Fees and Expenses and Service Awards may be deducted from this amount, with Court approval.

The Court has scheduled a hearing to decide whether to approve the Settlement, the plan for allocating the Settlement Fund to Settlement Class Members, and any requests by the attorneys for reimbursement of expenses out of the Settlement Fund, payment of Service Awards to the Named Plaintiffs, with Court approval (the "Fairness Hearing"). The Fairness Hearing is scheduled for **MONTH DAY**, 2022, at ___ EST, before Judge Marston at the United States District Court for the Eastern District of Pennsylvania, James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106. The time and date of the Fairness Hearing may change without additional mailed Notice. For updated information on the Fairness Hearing, check www.RemicadeSettlement.com.

### *Who Is Included?*

**The Settlement Class is defined as follows:**

- All persons and entities in the United States and its territories who indirectly purchased, paid and/or provided reimbursement for some or all of the purchase price of Defendants' infliximab (Remicade) from April 5, 2016 through February 28, 2022 (the "Class Period").

- The following groups are excluded from the Class: (a) Defendants, their officers, directors, management, employees, subsidiaries and affiliates; (b) all federal and state governmental entities except for cities, towns or municipalities with self-funded prescription drug plans; (c) all persons or entities who purchased Defendants' infliximab (Remicade) for purposes of resale or who purchased infliximab directly from Defendants; (d) fully insured health plans (*i.e.*, health plans that purchased insurance covering 100% of their reimbursement obligation to members); (e) any "flat co-pay" consumers whose purchases of Defendants' infliximab (Remicade) were paid in part by a third-party payor and whose co-payment was the same regardless of the retail purchase price; (f) pharmacy benefit managers; (g) any judges or justices involved in this action and any members of their immediate families; and (h) any

providers (including but not limited to hospitals, clinics, and physicians) who purchase Remicade and are later reimbursed for the provision of Remicade.

### *What Does The Class Action Settlement Provide?*

Defendants will pay $25,000,000 into a Settlement Fund to settle all claims in the lawsuit brought on behalf of consumers and health insurers (known as third-party payors). The Settlement Fund will be distributed pursuant to a Plan of Allocation and Distribution, the latest version of which can be reviewed at www.RemicadeSettlement.com. The Plan of Allocation and Distribution is subject to change until the Court approves it.

Class Counsel will ask the Court to award attorneys' fees in an amount not to exceed one-third of the Settlement Fund, plus interest, litigation expenses and Service Award payments to the Named Plaintiffs National Employees Health Plan and Local 295 IBT Employer Group Welfare Fund. After these deductions, the remainder of the Settlement Fund will be distributed to Class Members who file a valid Claim Form, with the amount that each Class Member might receive varying based on where that Class Member purchased and/or paid for Remicade. The precise amount that you might receive from the Net Settlement Fund will depend on how much you (and other Class Members) paid for Remicade.

### **YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT**

| | |
|---|---|
| **PARTICIPATE IN THE SETTLEMENT BY COMPLETING AND RETURNING A CLAIM FORM WHEN YOU RECEIVE ONE** | You do not need to do anything now to retain your right to stay in the Settlement Class and/or seek a share of the proposed Settlement. If the Court decides to give the proposed Settlement final approval and you are a Settlement Class Member, then you will need to complete, sign and return a Claim Form in order to be eligible to obtain a share of the proposed Settlement.<br><br>If you received a Notice in the mail, a Claim Form will be mailed to you at a later date. You may be asked to provide data showing your eligible purchases.<br><br>If you **did not** receive a Notice in the mail and you think you are a potential Settlement Class Member, please identify yourself by letter or email to the following address: *In re Remicade Antitrust Litigation*, Settlement Administrator, c/o Gilardi & Co., LLC, P.O. Box 43324, Providence, RI 02940-3324 or contact info@RemicadeSettlement.com.<br><br>You will be asked to provide information or data proving that you are a member of the Settlement Class. You also may be asked to provide data showing your eligible purchases. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS** | You may choose to exclude yourself, or "opt-out," from the Settlement Class if you believe you are a member of the Settlement Class. If you decide to exclude yourself, you will not be bound by any decision in this lawsuit relating to Defendants. This is the only option that allows you to ever be part of any lawsuit (other than |

| | |
|---|---|
| | this lawsuit) against Defendants relating to the legal claims against Defendants in this case. |
| **STAY IN THE LAWSUIT BUT OBJECT TO THE SETTLEMENT** | If you object to all or any part of the proposed Settlement, you may write to the Court about why you do not like the proposed Settlement. You may only object to the proposed Settlement if you have not excluded yourself from the Settlement Class. |
| **GET MORE INFORMATION** | If you would like to get more information about the case or the Settlement, you can send questions to the Settlement Administrator identified in this Notice and/or ask to attend the Fairness Hearing where the Court will evaluate the proposed Settlement. |

FOR MORE INFORMATION AND A CLAIM FORM:
CALL: 1-888-859-1912 OR VISIT WWW.REMICADESETTLEMENT.COM.