# EXHIBIT 1



For more than thirty years, Gilardi has been among the nation's leading experts in legal settlements and claims administration. We are proud in this history to have served countless private law firms, from both the plaintiff and defense bars, and numerous government entities, including the Department of Justice, Securities & Exchange Commission, FINRA, CFTC and numerous state, local and county offices.  In 2015, we were acquired by Computershare, a global leader in financial and governance services. Through this acquisition, we have bolstered our already unmatched knowledge and experience with unequaled scale, security and technology.

At Gilardi we are solely dedicated to our service and seek always to ensure that the principles of due process and the needs of our clients and claimants are served. We have administered thousands of matters, processed millions of claims and distributed billions of dollars. Our work has involved both simple matters and some of the largest and most complex settlements in history.

In all of these instances, we have had only one goal in mind – to earn your trust and become your primary partner.

As noted by the sampling of cases below, Gilardi has served as the administrator on the largest and most complex of settlements.  Notably, the executive and management team that has managed these cases over the last decade plus remains intact.

| Settlement Value | |
|---|---|
| Case | Value |
| Enron Securities Litigation | $7,200,000,000 |
| AOL Time Warner Securities Litigation | $2,500,000,000 |
| Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | $1,600,000,000 |
| Household International, Inc. Securities Litigation | $1,575,000,000 |
| Fortis Settlement | $1,572,690,000 |
| In re American International Group, Inc. 2008 Securities Litigation | $975,500,000 |
| UnitedHealth Group Securities Litigation | $925,000,000 |
| U.S.A. v. The Western Union Company | $586,000,000 |
| Xerox Securities Litigation | $750,000,000 |
| Cardinal Health Securities Litigation and SEC Fair Fund | $600,000,000 |
| In re Facebook Biometric Info. Privacy Litig. | $550,000,000 |
| Qwest Communications International Securities Litigation and SEC Fair Fund | $445,000,000 |
| Steinhoff International Holdings N.V. Securities Class Litigation | € 1,200,000,000 |
| Smilovits v. First Solar, Inc. et al. | $350,000,000 |
| Charles Schwab Corporation Securities Litigation | $235,000,000 |
| FTC v. Countrywide Home Loans, Inc. | $128,000,000 |
| Peregrine Systems Securities Litigation | $117,000,000 |
| In re Ethylene Propylene Diene Monomer Antitrust Litigation | $106,000,000* |
| In re Synthroid Marketing Litigation | $98,000,000 |
| Monroe County Employees Retirement System v. The Southern Company, et al. | $87,500,000 |
| In re McKesson Governmental Entities Average Wholesale Price Litigation | $82,000,000 |
| In re Static Random Access Memory Antitrust Litigation | $80,500,000 |
| Villella v. Chemical and Mining Company of Chile Inc. | $62,500,000 |
| Steck v. Santander Consumer USA Holdings Inc., et al. | $47,000,000 |
| In Re BRF S.A. Securities Litigation | $40,000,000 |
| In re New Motor Vehicles Canadian Export Antitrust Litigation | $35,000,000 |
| Deutsche Bank MBS Securities Litigation | $32,500,000 |
| ADT Inc Shareholder Litigation | $30,000,000 |

* Waiting for final approval