# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE REMICADE ANTITRUST LITIGATION** | **CIVIL ACTION**<br><br>No. 17-4326-KSM |

## ORDER

**AND NOW**, this 24th day of June, 2022, it is **ORDERED** that the parties shall appear in Courtroom 15B on **July 28, 2022** at **10:00 a.m.** for a hearing on Plaintiffs' Uncontested Motion for Preliminary Approval of Class Action Settlement (Doc. No. 172).

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.