**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE REMICADE ANTITRUST LITIGATION** | **CIVIL ACTION**<br><br>**NO. 17-4326-KSM** |

## <u>ORDER</u>

**AND NOW**, this 2nd day of August, 2022, upon consideration of Plaintiffs' Uncontested Motion for Preliminary Approval of Class Action Settlement (Doc. No. 172), and all documents submitted in support thereof, it is **ORDERED** as follows:

1.     Plaintiff's unopposed motion is **GRANTED** for the reasons set forth in the accompanying Memorandum.

2.     The Court preliminarily approves the Settlement set forth in the Stipulation of Settlement and Settlement Agreement (Doc. No. 172-4, Ex. 1), which appears to be the product of serious, informed, and extensive arm's-length negotiations between the Parties and appears to be fair, adequate, and reasonable to the Settlement Class so as to fall within the range of possible final approval.

3.     The Court approves the proposed form and content of the short form and long form notices (Doc. Nos. 172-7, 172-8) and orders the Parties to proceed with dissemination of the notices as provided in the Settlement Agreement and Notice Plan (*see* Doc. No. 172-11).  The Court finds that the proposed process for providing notice to the Class as set forth in the Settlement Agreement fulfills the requirements of Federal Rule of Civil Procedure 23(c)(2)(A) and due process, provides the best notice practicable under the circumstances, and will provide adequate notice to all Class members.

4.      Plaintiffs Local 295 Employer Group Welfare Fund and National Employees Health Plan are appointed to act as representatives of the Class pursuant to Rule 23 of the Federal Rules of Civil Procedure.

5.      Robbins Geller is appointed as Class Counsel pursuant to Rule 23 of the Federal Rules of Civil Procedure.

6.      Giraldi & Co., LLC is hereby appointed to serve as the Settlement Administrator and shall be responsible for administering the settlement in accordance with the terms of the Settlement Agreement.

7.      All claim forms, opt-out requests, and objections shall be due within **120 days** after the date of this Order.

8.      **Thirty (30) days** prior to the deadline for submitting claim forms, opt-out requests, and objections, Class Counsel will file with the Court any motion for attorneys' fees and costs and any motion for a service award for class representatives.

9.      The Settlement Administrator will file proof with the Court that notice was provided in accordance with the Agreement and this Order by **February 6, 2022**.

10.     Upon passage of the deadline for claims forms, opt-out requests, and objections, Class Counsel shall promptly file a motion for final settlement approval.

11.     A Final Approval Hearing is scheduled for **Monday, February 27, 2023**, **at 2:00 p.m.**, in Courtroom TBD of the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.