UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re REMICADE ANTITRUST LITIGATION ) | ) | Civil Action No. 2:17-cv-04326-KSM **(Consolidated)** |
| This Document Related To: ) | ) | <u>CLASS ACTION</u> |
| INDIRECT PURCHASER ACTIONS. ) | ) | The Honorable Karen S. Marston |

**MOTION BY THE ILLINOIS AND MASSACHUSETTS ATTORNEYS GENERAL
TO EXTEND DATE TO FILE OBJECTIONS TO THE
<u>PROPOSED SETTLEMENT AGREEMENT</u>**

The Illinois Attorney General and Massachusetts Attorney General (hereinafter "Attorneys General"), acting as *parens patriae* on behalf of indirect purchasers and reimbursers of Remicade in Illinois and Massachusetts, request that the date for filing an objection to the proposed settlement agreement be extended from November 30, 2022 to the latter of (1) December 16, 2022 or (2) two weeks after this Court rules on the Attorneys' General's pending motion to intervene. In support of this request, the Attorneys General state as follows:

1. As explained in their memorandum of law in support of their motion to intervene (ECF No. 183-1) and reply brief in support thereof (ECF No. 191), the Attorneys General seek intervention to object to the proposed settlement agreement between the parties.

2. The Court has scheduled an oral argument on the Attorneys General's motion to intervene for November 29, 2022. This hearing date is one day prior to the current date that objections to the proposed settlement agreement are to be filed with this Court.

3. Because the nature of the Attorneys Generals' submission objecting to the parties' proposed settlement may depend (at least in part) on the Court's ruling with respect to the Attorneys Generals' motion to intervene, they request that the due date for objections to the proposed settlement agreement be extended from November 30, 2022 to the latter of (1) December 16, 2022 or (2) two weeks after this Court rules on the Attorneys General's motion to intervene. This would afford the Attorneys General time to prepare and file their objections to the proposed settlement agreement and a memo in support of their objections.

4. This Court scheduled the final approval of the proposed settlement for February 27, 2023. So extending the date to file objections to the proposed settlement until December 16, 2022 or later, should not impact the final approval hearing date.

5. Representatives of the Attorneys General Offices conferred with counsel for the Class of Indirect Purchasers ("Class Counsel") and counsel for Defendants to learn if they will oppose this motion. They both responded that they oppose this motion.

6. A proposed order is attached as Exhibit A.

WHEREFORE, the Attorneys General respectfully request that the date for filing objections to the proposed settlement agreement be extended until the latter of (1) December 16, 2022 or (2) two weeks after this Court rules on the Attorneys General's motion to intervene.

Dated: November 9, 2022                                     Respectfully submitted,


THE STATE OF ILLINOIS,                                      COMMONWEALTH OF MASSACHUSETTS
KWAME RAOUL,                                                MAURA HEALEY
ATTORNEY GENERAL                                            ATTORNEY GENERAL

By: */s/ Jim Davy*                                          By: */s/ Jim Davy*
Jim Davy (PA ID No. 321631)                                 Jim Davy (PA ID No. 321631)
Special Assistant Attorney General for the                  Special Assistant Attorney General for the
State of Illinois                                           State of Massachusetts
ALL RISE TRIAL & APPELLATE                                  ALL RISE TRIAL & APPELLATE
P.O. Box 15216                                              P.O. Box 15216
Philadelphia, PA 19125                                      Philadelphia, PA 19125
Phone: (215) 792-3579                                       Phone: (215) 792-3579
jimdavy@allristlaw.org                                      jimdavy@allristlaw.org

Richard S. Schultz (*pro hac vice*)                         Nathaniel J. Hyman (*pro hac vice*)
AAG, Antitrust Bureau                                       Assistant Attorney General
Brian M. Yost (*pro hac vice*)                              Office of the Attorney
AAG, Antitrust Bureau                                       100 Cambridge Street, 11th Floor
Office of the Illinois Attorney General                     Boston, MA 02108
100 West Randolph Street                                    Office: (617) 963-2514
Chicago, Illinois 60601                                     Mobile: (781) 913-9521
Phone: (312) 814-8254                                       Fax: (617) 722-0184 (fax)
Fax: (312) 814-4902                                         Nathaniel.J.Hyman@mass.gov
Richard.Schultz@ilag.gov
Brian.Yost@ilag.gov                                         *Counsel for Proposed Intervenor*
                                                            *Commonwealth of Massachusetts*
*Counsel for Proposed Intervenor*
*State of Illinois*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I caused the foregoing MOTION BY THE ILLINOIS AND MASSACHUSETTS ATTORNEYS GENERAL TO EXTEND DATE TO FILE OBJECTIONS TO THE PROPOSED SETTLEMENT AGREEMENT and PROPOSED ORDER to be filed with the Clerk of Court using the Court's Electronic Document Filing System, which served copies on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

By: */s/ Jim Davy*
Jim Davy (PA ID No. 321631)
Special Assistant Attorney General for the
States of Illinois and Massachusetts
ALL RISE TRIAL & APPELLATE
1602 Frankford Ave., Box 15216
Philadelphia, PA 19125
(215) 792-3579
jimdavy@allriselaw.org

*Counsel for Proposed Intervenors,*
*State of Illinois and*
*Commonwealth of Massachusetts*