IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE REMICADE ANTITRUST LITIGATION | CIVIL ACTION<br><br>NO. 17-4326-KSM |

### ORDER

**AND NOW,** this 29th day of November, 2022, following oral argument and discussion with the parties and proposed intervenors, it is **ORDERED** as follows:

1. The parties shall provide the Court with a status update no later than **December 7, 2022** as to their proposed amendments to the Plan of Allocation and the pending motion to intervene.

2. The Attorneys General of Illinois and Massachusetts may have an extension of time with which to file an objection and shall file their objection, to the extent deemed necessary, by **December 7, 2022**.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.