UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re REMICADE ANTITRUST LITIGATION | ) ) ) | Civil Action No. 2:17-cv-04326-KSM **(Consolidated)** |
| This Document Relates To: | ) ) | CLASS ACTION |
| INDIRECT PURCHASER ACTIONS. | ) ) ) | The Honorable Karen S. Marston |
| | | [PROPOSED] ORDER APPROVING AMENDED PLAN OF ALLOCATION AND DISTRIBUTION |

4873-5243-0402.v1

- 1 -

The Court has considered the proposed Amended Plan of Allocation and Distribution ("Plan of Allocation") attached as Exhibit A to the December 8, 2022 Notice of Filing. Pursuant to ¶12 of the Plan of Allocation, the Court approves this Plan of Allocation and directs Plaintiffs to post this Order and the Plan of Allocation on the case website, www.RemicadeSettlement.com.

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE KAREN S. MARSTON
UNITED STATES DISTRICT JUDGE