# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE REMICADE ANTITRUST LITIGATION** | CIVIL ACTION<br><br>NO. 17-4326-KSM |

# ORDER

**AND NOW,** this 8th day of December, 2022, upon consideration of the proposed Amended Plan of Allocation and Distribution ("Plan of Allocation") attached as Exhibit A to the December 8, 2022 Notice of Filing (*see* Doc. No. 202-1), it is **ORDERED** that pursuant to ¶ 12 of the Plan of Allocation, the Court **APPROVES** this Plan of Allocation and **DIRECTS** Plaintiffs to post this Order and the Plan of Allocation on the case website, www.RemicadeSettlement.com.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.