JGOMEZ
Apartado 11041-1000
Hyder AK 99923

SP 02       21664210

CLERK
US DISTRICT COURT
601 MARKET STREET
PHILADELPHIA PA 19106



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: REMICADE ANTITRUST LITIGATION. | Civil Action No. 2:17-cv-04326-KSM |
| This Document Relates to: | **CLASS ACTION** |
| INDIRECT PURCHASER ACTIONS. | |

## NOTICE OF APPEARANCE

AND NOW COMES OBJECTOR Jose Gomez ("Gomez") who files this, his Notice of Appearance as an objector (see entry because his letter objection did not cause the Clerk to add him to the list of parties. Gomez accepts service by email.

Respectfully submitted,

*J Gomez*

Jose Gomez
Apartado 11041-1000
San Juan SJ 10102
COSTA RICA
j.gomez@miserablemail.com

OBJECTOR

CERTIFICATE OF SERVICE

    Aside from myself, who has been denied ECF access without an Order of Court, and not placed on the PACER list of parties, all of the relevant parties requiring service are members of the Court's electronic filing system and will be notified of this motion at the time the Clerk of Court files it.

Respectfully submitted,

*J Gomez*

_____

Jose Gomez<br>
Apartado 11041-1000<br>
San Juan SJ 10102<br>
COSTA RICA<br>
j.gomez@miserablemail.com

PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
MADISON WI
PERMIT NO 1480

017 LFJ-AF2 19106

U.S.M.S. X-RAY
RECEIVED JAN 27 2023