# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE REMICADE ANTITRUST LITIGATION | CIVIL ACTION<br><br>NO. 17-4326-KSM |

## ORDER

And now, this 31st day of January, 2023, upon consideration of *pro se* Objector Jose Gomez's motion for permission to electronically file documents in this case (Doc. No. 213), it is **ORDERED** that:

1. In accordance with Local Civil Rule 5.1.2, subsection 4(b), the motion is **GRANTED** and Gomez shall electronically file documents in this case only, and will receive electronic notification of filings from the court and the parties in this case.
2. Gomez must register for an individual PACER account by following the instructions at https://www.paed.uscourts.gov/documents/CMECF/IndividualPacer.pdf.
3. After registering for an individual PACER account, Gomez must register for an ECF E-filer account by following the instructions at https://www.paed.uscourts.gov/documents/CMECF/PacerEfiler.pdf.
4. If Gomez has not already provided the Clerk's Office with an email address for purposes of service of documents in this case, Gomez is directed to provide the Clerk's Office with an email address for service of documents by sending an email to PAED_Documents@paed.uscourts.gov.

BY THE COURT:

/s/ Karen Spencer Marston

_____
**KAREN SPENCER MARSTON, J.**