**Robbins Geller Rudman & Dowd LLP**

| | | |
|---|---|---|
| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Alexandra S. Bernay
xanb@rgrdlaw.com

February 6, 2023

VIA ECF

The Honorable Karen S. Marston
United States District Court
  Eastern District of Pennsylvania
601 Market Street, Room 5614
Philadelphia, PA  19106

Re:   *In re Remicade Antitrust Litig*,
        No. 2:17-cv-04326-KSM (E.D. Pa.)

Your Honor:

In accordance with the Court's Preliminary Approval Order (ECF 178, ¶9) the Settlement Administrator, Gilardi & Co. LLC, here files proof with the Court that the notice program was executed in accordance with the Settlement Agreement and Preliminary Approval Order. *See* Ex. A (Final Declaration of Derek Smith Re: Settlement Notice Plan), attached hereto.

Respectfully submitted,

ALEXANDRA S. BERNAY

ASB:sll
Exhibit A

cc:   All Counsel of Record (via ECF)