**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  REMICADE ANTITRUST LITIGATION. | ) ) | Civil Action No. 2:17-cv-04326-KSM |
| ------------------------------------------------- | ) | **CLASS ACTION** |
| This Document Relates to: | ) ) | |
| INDIRECT PURCHASER ACTIONS. | ) ) ) | |
| _____ | ) | |

## **PRAECIPE FOR JUDGMENT**

To the Clerk:

Pursuant to Rule 58(d), please enter a final, appealable judgment pursuant to

Rule 58(a) following this Court's Order at entry 227.


Respectfully submitted,

*J Gomez*
_____
Jose Gomez
Apartado 11041-1000
San Juan SJ 10102
COSTA RICA
j.gomez@miserablemail.com

OBJECTOR

CERTIFICATE OF SERVICE

All of the relevant parties requiring service are members of the Court's electronic filing system and will be notified of this motion at the time the Clerk of Court files it.

Respectfully submitted,

*J. Gomez*

_____

Jose Gomez
Apartado 11041-1000
San Juan SJ 10102
COSTA RICA
j.gomez@miserablemail.com