**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  REMICADE ANTITRUST LITIGATION. ) <br> ———————————————————— ) <br> This Document Relates to: ) <br> ) <br> INDIRECT PURCHASER ACTIONS. ) <br> _____ ) | Civil Action No. 2:17-cv-04326-KSM <br><br> **CLASS ACTION** |

**MOTION PURSUANT TO F.R.A.P. 4(a)(5)(A) FOR EXTENSION OF TIME TO APPEAL**

I move this Court for an extension of time to appeal.  This Court entered an Order at #227 that contained findings and case law.  I verily believed that this Court would enter a final judgment as described in Rule 58 for the reasons in my Reply that I filed at #232.  As explained in 232, the Supreme Court said that this Rule 58 stuff is not meant to deny persons the right to appeal, which is what is happening because #227 is ambiguous in that it includes case law and findings.

To the extent I was wrong, I would like an extension of time to appeal.  Ideally, this Court should resolve all doubt and enter a final judgment and in the alternative grant me an extension.  Otherwise if the appeals court finds I am right about Rule 58, even with an extension, it will remand for entry of a final Order that will delay everyone.  I am not seeking to delay this and the most efficient process is to grant me and extension and, in case I am right, also issue the final judgment.

Respectfully submitted,

*J. Gomez*

_____
Jose Gomez
Apartado 11041-1000
San Juan SJ 10102
COSTA RICA
j.gomez@miserablemail.com