IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE REMICADE ANTITRUST LITIGATION | CIVIL ACTION<br><br>NO. 17-4326-KSM |

## NOTICE

**AND NOW,** this 20th day of April, 2023, upon consideration of *pro se* objector Jose Gomez's Praecipe for Entry of Judgment per Rule 58 (Doc. No. 230), Plaintiffs' response (Doc. No. 231), and Gomez's reply (Doc. No. 232), and upon consideration of Gomez's Motion for Extension of Time to File Notice of Appeal Per Rule 4(a)(5)(A)(ii) (Doc. No. 233) and Plaintiffs' response (Doc. No. 234), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Gomez's Praecipe for Entry of Judgment is **DENIED**.

2. Gomez's Motion for Extension of Time to File Notice of Appeal is **DENIED**.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.