IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  REMICADE ANTITRUST LITIGATION. | ) ) | Civil Action No. 2:17-cv-04326-KSM |
| —------------------------------------------------- | ) | **CLASS ACTION** |
| This Document Relates to: | ) ) | |
| INDIRECT PURCHASER ACTIONS. | ) ) ) | |

**NOTICE OF APPEAL**

I appeal the Order at Entry 236 to the United States Court of Appeals for the Third Circuit.  I further appeal the Order at 227 to the United States Court of Appeals for the Third Circuit.  To the extent the Order at 227 is interlocutory, as I think it is, and then the Order at 236 would be interlocutory as well, with no final judgment entered on the docket, I alternatively petition the United States Court of Appeals for the Third Circuit for a Writ of Mandamus asking it to direct the lower Court to enter a final, appealable judgment.

                    Respectfully submitted,

                    *J Gomez*

                    Jose Gomez
                    Apartado 11041-1000
                    San Juan SJ 10102
                    COSTA RICA
                    j.gomez@miserablemail.com