OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 5, 2023

Jose Gomez
Apartado 11041-1000
San Juan, 10102
Costa RIca

RE: In re: Remicade Antitrust Litigation
Case Number: 23-1798
District Court Case Number: 2-17-cv-04326

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System. See 3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

Enclosed is case opening information regarding the above-captioned appeal filed by **Jose Gomez**, docketed at **No. 23-1798**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Please note:** If any party has filed one of the motions listed in Fed.R.App.P 4(a)(4) after the

notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed. The case in the court of appeals will not be stayed absent such notification.

**Appellant**

Docketing fees in the amount of $505.00 must be paid to the District Court upon filing of a Notice of Appeal. If you cannot afford to pay the docketing fees, you must file a copy of a Motion for Leave to Proceed In Forma Pauperis, together with an affidavit of poverty (form enclosed) and a certificate of service.

You must pay the docketing fees or file the Motion for Leave to Proceed In Forma Pauperis within **fourteen (14) days** from the date of this letter. **If you do not pay the docketing fees or file the Motion for Leave to Proceed In Forma Pauperis within fourteen (14) days, your case may be dismissed without further notice. 3rd Cir. LAR Misc. 107.**

**Counsel for Appellee**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities)

These forms must be filed within **fourteen (14) days** from the date of this letter.

Attached is a copy of the full caption as it is titled in the District Court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Enclosures:

Affidavit of Poverty
Information for Pro Se Litigants

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: *Timothy McIntyre*
Timothy McIntyre, Case Manager
267-299-4953

cc: Sara A. Arrow
Randi D. Bandman
Thomas O. Barnett
Ashley E. Bass

Natalie F. Bennett
Alexandra S. Bernay
Jeffrey Cao
William F. Cavanaugh Jr.
Frank T. Davis Jr.
Ross E. Elfand
Emma Ellman-Golan
Joseph Goldberg
Jayne A. Goldstein
Nicholas T. Hart
Leslie E. John
Jeffrey F. Kinkle
Nolan C. Knight
George A. LoBiondo
Adeel A. Mangi
Abigail E. Marion
David W. Mitchell
Charles R. Peifer
Scott E. Perwin
Arthur L. Shingler III
Dennis Stewart
Stephanie Teplin
Vincent J. Ward
Carol Weiland
Elizabeth V. Wingfield
Danhui Xu