# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1798

In re: Remicade Antitrust Litigation

(U.S. District Court No.: 2-17-cv-04326)

## ORDER

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 31, 2023
TMM/cc: Randi D. Bandman, Esq.
Natalie F. Bennett, Esq.
Alexandra S. Bernay, Esq.
William F. Cavanaugh Jr., Esq.
Frank T. Davis Jr., Esq.
Ross E. Elfand, Esq.
Joseph Goldberg, Esq.
Jayne A. Goldstein, Esq.
Mr. Jose Gomez
Nicholas T. Hart, Esq.
Leslie E. John, Esq.
George A. LoBiondo, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

David W. Mitchell, Esq.
Charles R. Peifer, Esq.
Scott E. Perwin, Esq.
Arthur L. Shingler III, Esq.
Dennis Stewart, Esq.
Vincent J. Ward, Esq.
Douglas Wilens, Esq.
Mr. George V. Wylesol