# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE REMICADE ANTITRUST LITIGATION | CIVIL ACTION<br><br>NO. 17-4326-KSM |

## NOTICE

**AND NOW,** this 5th day of June, 2023, upon consideration of *pro se* objector Jose Gomez's Motion for Leave to Proceed in forma pauperis to proceed on appeal (Doc. No. 240), it is **ORDERED** that Gomez's motion is **DENIED** for lack of jurisdiction.[1]

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.

---

[1] On April 26, 2023, Gomez filed a Notice of Appeal. (Doc. No. 237.) On May 31, 2023, the Third Circuit dismissed Gomez's appeal "for failure to timely prosecute insofar as the appellant failed to pay the requisite fee as directed." (Doc. No. 239.) Subsequently, Gomez filed the instant motion for leave to proceed in forma pauperis to proceed on appeal. This Court lacks jurisdiction over this case at this point, and the district court is the improper forum to file this motion.